UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
NO. 5:10CV-51-R

**BETSY NICHOLS-JOHNSON,**                                                                 *Plaintiff*

vs.                                            **COMPLAINT**

**OXFORD MANAGEMENT, INC.**                                                                *Defendant*

   Serve: Oxford Management, Inc.
          409 Cameron Circle
          Chattanooga, TN 37402

\* \* \* \* \* \* \*

NOW COMES Plaintiff, BETSY NICHOLS-JOHNSON, by and through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, OXFORD MANAGEMENT, INC., alleges and affirmatively states as follows:

## INTRODUCTION

1.   Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## PARTIES

2.   Plaintiff, Betsy Nichols-Johnson ("Plaintiff"), is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Trigg.

3.   Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

4. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

5. Defendant is a corporation with its headquarters in Chattanooga, Tennessee.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

9. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

10. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## FACTUAL ALLEGATIONS

11. Defendant placed constant and continuous collection calls to Plaintiff seeking and demanding payment for an alleged debt. (See Exhibit "A").

12. Defendant called Plaintiff and hung up before Plaintiff or Plaintiff's voicemail answered.

13. Defendant placed telephone calls without meaningful disclosure of the caller's identity.

14. Defendant repeatedly called Plaintiff at her work, despite being told by Plaintiff not to.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(a)(3) by repeatedly contacting Plaintiff at her place of employment even though Defendant knew that Plaintiff cannot receive such communications.

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff in connection with the collection of a debt;

   c. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

   d. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity;

   e. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt by placing telephone calls without meaningful disclosure of the callers identity;

WHEREFORE, Plaintiff, BETSY NICHOLS-JOHNSON, respectfully requests judgment be entered against Defendant, OXFORD MANAGEMENT, INC., for the following:

   a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
   b. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*,
   c. Actual damages,
   d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*
   e. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, BETSY NICHOLS-JOHNSON, demands a jury trial in this cause of action.

DATED: March 9, 2010

Respectfully Submitted,
**BETSY NICHOLS-JOHNSON**

By: /s/Lee Cassie Yates
Lee Cassie Yates –Atty No. 91821
Attorney for Plaintiff
KROHN & MOSS, LTD.
120 West Madison Street, 10th Floor
Chicago, Illinois 60602
(312) 578-9428