**ELECTRONICALLY FILED**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**NO. 5:10CV-51-R**

**BETSY NICHOLS-JOHNSON,**                                                                 *Plaintiff*

vs.                                       **NOTICE OF SETTLEMENT**

**OXFORD MANAGEMENT, INC.,**                                                              *Defendant*

\* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, BETSY NICHOLS-JOHNSON and Defendant, OXFORD MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, BETSY NICHOLS-JOHNSON, against Defendant, OXFORD MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 24, 2010

Respectfully Submitted,

**KROHN & MOSS, LTD**
120 W. Madison Street, 10th Floor
Chicago, IL  60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

BY:   /s/Lee Cassie Yates
Attorney for Plaintiff