UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:10-CV-51-R

BETSY NICHOLS-JOHNSON                                                                PLAINTIFF

V

OXFORD MANAGEMENT, INC.                                                          DEFENDANT

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.

cc: Counsel